AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesus Alberto MIRELES-Duran<br>09/14/1985<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  DR: 25-3975M<br>)<br>) |

**FILED**
SEP 19 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 17, 2025__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31 U.S.C. 5332(a) | Bulk Cash Smuggling |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

_____
Complainant's signature

William Miller, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/19/2025

_____
Judge's signature

City and state: Del Rio, Texas

Joseph Cordova, United States Magistrate Judge
*Printed name and title*

Attachment "A"

On September 17, 2025, at approximately 2215 hours, Homeland Security Investigations (HSI) was contacted by United States (US) Customs and Border Protection (CBP) about an individual entering the US from Mexico at the Camino Real International Bridge 2 in Eagle Pass, Texas. The individual, Jesus Alberto MIRELES-Duran, a Mexican citizen, carried with him approximately $23,000 that he did not declare. The threshold is $10,000, so MIRELES attempted to circumvent the law by distributing his cash to the other two passengers in his vehicle.

During inspection, MIRELES told CBP that he is the owner of the vehicle and the attached trailer. CBP proceeded to ask how much money he brought with him, and the subject stated he was only traveling with $9,000 USD. CBP proceeded to ask the front passenger, Adalberto MARTINEZ LOPEZ, how much money he brought with him, and MARTINEZ stated he was traveling with approximately $8,000 USD. CBP then asked the back passenger, Jose Eduardo CERVANTES SANCHEZ, how much money he brought with him, and CERVANTES stated that he was traveling with $9,100 USD. After obtaining a negative oral declaration from MIRELES, CBP proceeded to escort MIRELES and the co-travelers to passport control processing for further questioning.

At approximately 2329 hours, HSI and CBP interviewed MIRELES. MIRELES was read his Miranda rights and agreed to interview. When asked if he was aware that he was violating the law by bringing in over $10,000 without declaration and attempting to conceal the ownership of the currency, MIRELES confirmed that he did know. When asked why he violated the law, MIRELES-DURAN stated that he needed to bring that much money to buy a motorcycle and possibly a vehicle. MIRELES stated that this was the first time that he had attempted to circumvent the law in this manner.

Adalberto MARTINEZ LOPEZ and Jose Eduardo CERVANTES SANCHEZ were subsequently interviewed. They both confirmed the details of the trip's purpose and itinerary, as well as their relationship with MIRELES. CERVANTES stated that he had brought no other money. MARTINEZ stated that he carried $1,900 USD and 30,000 Mexican pesos of his own money. CERVANTES stated that he was not aware of the law. MARTINEZ stated that he was surprised and confused by MIRELES request but believed that it was permissible since none of them possessed over $10,000. MARTINEZ further stated that MIRELES made this request about a mile away from the Eagle Pass port of entry (POE), so he did not have much time to consider the legality.

After consideration of these facts, HSI placed Jesus Alberto MIRELES-Duran under arrest for knowingly violating 31 U.S. Code § 5332(a) - Bulk cash smuggling into or out of the United States.