AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 19 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Jesus Alberto MIRELES-Duran | ) Case No. DR: 25-3975 |
| 09/14/1985 | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jesus Alberto MIRELES-Duran,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
On September 17, 2025, Jesus Alberto MIRELES-Duran did unlawfully, knowingly, and intentionally disperse approximately twenty-three thousand US dollars ($23,000) of his own money among two other individuals, as well as himself, in an effort to evade the currency reporting requirement which states that it is necessary to declare the importation of more than ten thousand US dollars ($10,000). Portions of that sum of money were found on each of the three persons as they sought entry into the United States from Mexico.

Date: 09/19/2025

_____
Issuing officer's signature

City and state: Del Rio, Texas

Joseph Cordova, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/19/2025, and the person was arrested on *(date)* 09/18/2025
at *(city and state)* Eagle Pass, Texas.

Date: 09/19/2025

_____
*Arresting officer's signature*

William Miller, HSI Special Agent
*Printed name and title*