UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. DR-25-MJ-3975-1 |
| JESUS ALBERTO MIRELES-DURAN | § § § | |

**DEFENDANT'S MOTION FOR CONTINUANCE
OF PRELIMINARY AND DETENTION HEARING**

TO THE HONORABLE JOSEPH A. CORDOVA, UNITED STATES MAGISTRATE JUDGE:

Defendant, Jesus Alberto Mireles-Duran, through his attorney Jaime J. Zampierollo, Assistant Federal Public Defender, respectfully moves this Honorable Court for a continuance of the current setting herein of September 24, 2025, at 09:00 a.m. and would respectfully show the Court as follows:

**I.**

This case is set for a Preliminary and Detention hearing on Wednesday, September 24, 2025, at 09:00 a.m.

**II.**

Defense Counsel respectfully moves for a continuance due to bond related matters. For this reason, a continuance is requested until Tuesday, September 30, 2025, at 9:00am.

**III.**

1

This motion for continuance is not made for purposes of delay or to frustrate the judicial process. Instead, this motion is filed so that justice may be realized.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant prays for a continuance of the preliminary and detention hearing, and it be set on September 30, 2025, or at some other date which is convenient to the Court.

    Respectfully submitted.

    MAUREEN SCOTT FRANCO
    Federal Public Defender


    /s/ Jaime J. Zampierollo
    JAIME J. ZAMPIEROLLO
    Assistant Federal Public Defender
    Western District of Texas
    2205 Veterans Blvd., Ste. A-2
    Del Rio, Texas 78840
    (830) 703-2040
    (830) 703-2047 (FAX)
    Bar Number: Texas 24106735

    *Attorney for Defendant*

CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September, 2025, I electronically filed the foregoing Defendant's Motion for Continuance of Preliminary and Detention Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney
111 E Broadway St., Ste. A300
Del Rio, TX 78840

                                            /s/ Jaime J. Zampierollo
                                            JAIME J. ZAMPIEROLLO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. DR-25-MJ-3975-1 |
| § | |
| JESUS ALBERTO MIRELES- § | |
| DURAN § | |

**O R D E R**

On this day, came on to be considered by the Court the Motion for Continuance filed herein by Defendant, Jesus Alberto Mireles-Duran.

The Court, after considering same, is of the opinion that such Motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that the hearing currently set herein for September 24, 2025, is continued; and, such hearing is re-set for the _____ day of _____, 2025, at o'clock, _____.m.

SO **ORDERED** this the _____ day of _____ 2025.

_____
JOSEPH A. CORDOVA
United States Magistrate Judge

4